# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC JOHNSON and ANTOINETTE DEALBA,

        Plaintiffs,

vs.

PINK SPOT VAPORS, INC., *et al.*,

        Defendants.

Case No. 2:14-cv-01960-JCM-GWF

**ORDER**

    This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#4) dated November 25, 2014, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

    **IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **December 29, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 17th day of December, 2014.

                                                           GEORGE FOLEY, JR.
                                                         United States Magistrate Judge