JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com

LAW OFFICE OF MIKE BEEDE, PLLC
Michael Beede, Esq. (#13068)
2300 W. Sahara Ave., Ste. 420
Las Vegas, NV 89102
Tel: (702) 473-8406
Fax: (702) 832-0248
mike@legallv.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON, an individual; ANTOINETTE DEALBA, an individual; on behalf of themselves and all persons similarly situated, <br><br> Plaintiff, <br> vs. <br><br> PINK SPOT VAPORS INC; VEGAS CASA, LLC; PENN ELLETSON, an individual; SANDRA ELLETSON, an individual; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants. | Case No.  2:14-cv-01960-JCM-GWF <br><br> **STIPULATION AND ORDER TO DISMISS *WITH PREJUDICE*** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this __8th__ day of May, 2015.

| By: | /s/ Jeffrey Gronich | By: | /s/ Robert Rosenthal |
|---|---|---|---|
| | Jeffrey Gronich, Esq. | | Robert Rosenthal, Esq. |
| | Jeffrey Gronich, Attorney at Law, P.C. | | Howard & Howard Attorneys PLLC |
| | 810 E. Sahara Ave, Suite 109 | | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89104 | | Ste. 1000 |
| | *Attorneys for Plaintiffs* | | Las Vegas, NV 89169 |
| | | | *Attorneys for Defendants* |

By: /s/ Michael Beede
Michael Beede, Esq.
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Ste. 420
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

Date: May 14, 2015

_____
UNITED STATES DISTRICT COURT JUDGE